1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    DAYLAN LYDELL PLOUSHA,                    No. 2:25-cv-00262-TLN-CSK

12                      Plaintiff,

13           v.                                 **ORDER**

14    ASPEN PARK APARTMENTS,

15                      Defendant.

16

17          Plaintiff Daylan Lydell Plousha ("Plaintiff") filed the above-entitled action.  The matter

18   was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

19   Rule 302.

20          On April 25, 2025, the magistrate judge filed findings and recommendations, which were

21   served on the parties and which contained notice that any objections to the findings and

22   recommendations were to be filed within fourteen (14) days.  (ECF No. 4.)  No objections were

23   filed and the time to do so has passed.

24          In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds

25   the findings and recommendations are supported by the record and by proper analysis.  The Court

26   therefore concludes that it is appropriate to adopt the findings and recommendations in full.

27   ///

28   ///

                                                    1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1.     The findings and recommendations (ECF No. 4) are ADOPTED IN FULL;

3     2.     Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED;

4     3.     Plaintiff's Complaint (ECF No. 1) is DISMISSED without leave to amend; and

5     4.     The Clerk of the Court is directed to close this case.

6     IT IS SO ORDERED.

7     Date: May 29, 2025

8

9     _____
      TROY L. NUNLEY
10    CHIEF UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2